

**TEXAS ROADHOUSE**

Texas Roadhouse Management Corp
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/15/2023 |
| Period End Date | 02/21/2023 |
| Pay Date | 02/28/2023 |
| Document | 30947803 |

**Net Pay** $0.00

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10890928 | Pay Group | SNELLVILLE,GA |
| SSN | XXX-XX-6050 | Location | SNELLVILLE,GA |
| Job | SERVER - PM | Entity Type | CORPOR - CORPORATE |
| Pay Rate | $0.0000 | Department | SERVIC - SERVICE |
| Pay Frequency | Weekly | Charge To | SNEL - SNELLVILLE,GA |
| | | Market | FRAS - FRASER MARKET |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| OT PREMIUM | 5.2000 | $3.6250 | $18.85 | $18.85 |
| OT STRAIGHT | 5.2000 | $2.1300 | $11.08 | $11.08 |
| REGULAR | 8.3300 | $2.1300 | $17.74 | |
| REGULAR | 31.6700 | $2.1300 | $67.46 | $639.62 |
| TIPS AMOUNT | | | $120.00 | |
| TIPS AMOUNT | | | $650.00 | $5,528.00 |

Total Hours  45.2000

## Employer Tip Credit

| Week | State | Location | Pay Rate | Hours | Tip Credit Rate | Tip Credit | Effective Pay Rate |
|---|---|---|---|---|---|---|---|
| 1 | GA | SNELLVILLE,GA | $2.1300 | 45.2000 | $5.1200 | $231.42 | $19.5825 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.30 | $0.00 | $0.00 |
| TIPS AMOUNT | No | $770.00 | $5,528.00 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $2.82 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $13.72 | $21.42 |
| Employee Medicare | $12.83 | $89.69 |
| Social Security Employee Tax | $54.88 | $383.56 |
| GA State Income Tax | $33.70 | $148.47 |

**Paid Time Off**                                         **Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $885.13 | $885.13 | $115.13 | $770.00 | $0.00 |
| YTD | $6,197.55 | $6,186.43 | $643.14 | $5,539.12 | $15.29 |



**TEXAS ROADHOUSE**

Texas Roadhouse Management Corp
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/08/2023 |
| Period End Date | 02/14/2023 |
| Pay Date | 02/21/2023 |
| Document | 30864252 |

**Net Pay** $0.00

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10890928 | Pay Group | SNELLVILLE,GA | |
| SSN | XXX-XX-6060 | Location | SNELLVILLE,GA | |
| Job | SERVER - PM | Entity Type | CORPOR - CORPORATE | |
| Pay Rate | $0.0000 | Department | SERVIC - SERVICE | |
| Pay Frequency | Weekly | Charge To | SNEL - SNELLVILLE,GA | |
| | | Market | FRAS - FRASER MARKET | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 13.6500 | $2.1300 | $29.07 | |
| REGULAR | 17.8200 | $2.1300 | $37.96 | $554.42 |
| TIPS AMOUNT | | | $320.00 | |
| TIPS AMOUNT | | | $333.00 | $4,758.00 |

Total Hours  31.4700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.30 | $0.00 | $0.00 |
| TIPS AMOUNT | No | $653.00 | $4,758.00 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $2.82 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $7.70 |
| Employee Medicare | $10.44 | $76.86 |
| Social Security Employee Tax | $44.64 | $328.68 |
| GA State Income Tax | $11.95 | $114.77 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $720.03 | $720.03 | $67.03 | $653.00 | $0.00 |
| YTD | $5,312.42 | $5,301.30 | $528.01 | $4,769.12 | $15.29 |



**Texas Roadhouse Management Corp**
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/01/2023 |
| Period End Date | 02/07/2023 |
| Pay Date | 02/14/2023 |
| Document | 30782515 |

**Net Pay** **$0.00**

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10890928 | Pay Group | SNELLVILLE,GA |
| SSN | XXX-XX-6060 | Location | SNELLVILLE,GA |
| Job | SERVER - PM | Entity Type | CORPOR - CORPORATE |
| Pay Rate | $0.0000 | Department | SERVIC - SERVICE |
| Pay Frequency | Weekly | Charge To | SNEL - SNELLVILLE,GA |
| | | Market | FRAS - FRASER MARKET |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 35.5100 | $2.1300 | $75.64 | $487.39 |
| TIPS AMOUNT | | | $715.00 | $4,105.00 |

Total Hours  35.5100

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $8.30 | $0.00 | $0.00 |
| TIPS AMOUNT | No | $715.00 | $4,105.00 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $2.82 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $2.38 | $7.70 |
| Employee Medicare | $11.46 | $66.42 |
| Social Security Employee Tax | $49.02 | $284.04 |
| GA State Income Tax | $12.78 | $102.82 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $790.64 | $790.64 | $75.64 | $715.00 | $0.00 |
| YTD | $4,592.39 | $4,581.27 | $460.98 | $4,116.12 | $15.29 |



**TEXAS ROADHOUSE**

Texas Roadhouse Management Corp
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/25/2023 |
| Period End Date | 01/31/2023 |
| Pay Date | 02/07/2023 |
| Document | 30696814 |

**Net Pay    $11.77**

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | | | |
|---|---|---|---|
| Employee Number | 10890928 | Pay Group | SNELLVILLE,GA |
| SSN | XXX-XX-6060 | Location | SNELLVILLE,GA |
| Job | SERVER - PM | Entity Type | CORPOR - CORPORATE |
| Pay Rate | $0.0000 | Department | SERVIC - SERVICE |
| Pay Frequency | Weekly | Charge To | SNEL - SNELLVILLE,GA |
| | | Market | FRAS - FRASER MARKET |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 16.7900 | $2.1300 | $35.76 | |
| REGULAR | 19.6400 | $2.1300 | $41.83 | $411.75 |
| TIPS AMOUNT | | | $150.00 | |
| TIPS AMOUNT | | | $270.00 | $3,390.00 |

Total Hours  36.4300

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $8.30 | $8.30 | $0.00 | $0.00 |
| TIPS AMOUNT | No | $420.00 | $3,390.00 | $0.00 | $0.00 |
| Vision | Yes | $2.82 | $2.82 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $5.32 |
| Employee Medicare | $7.05 | $54.96 |
| Social Security Employee Tax | $30.17 | $235.02 |
| GA State Income Tax | $17.48 | $90.04 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxxx0936 | Debit Card | $11.77 |
| Total | | $11.77 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $497.59 | $486.47 | $54.70 | $431.12 | $11.77 |

|     | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| YTD | $3,801.75 | $3,790.63 | $385.34 | $3,401.12 | $15.29 |



**Texas Roadhouse Management Corp**
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/18/2023 |
| Period End Date | 01/24/2023 |
| Pay Date | 01/31/2023 |
| Document | 30614668 |

**Net Pay** **$0.00**

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | |
|---|---|
| Employee Number | 10890928 |
| SSN | XXX-XX-6060 |
| Job | SERVER - PM |
| Pay Rate | $0.0000 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | SNELLVILLE,GA |
| Location | SNELLVILLE,GA |
| Entity Type | CORPOR - CORPORATE |
| Department | SERVIC - SERVICE |
| Charge To | SNEL - SNELLVILLE,GA |
| Market | FRAS - FRASER MARKET |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 33.1200 | $2.1300 | $70.55 | $334.16 |
| TIPS AMOUNT | | | $715.00 | $2,970.00 |

Total Hours  33.1200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| TIPS AMOUNT | No | $715.00 | $2,970.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1.77 | $5.32 |
| Employee Medicare | $11.39 | $47.91 |
| Social Security Employee Tax | $48.70 | $204.85 |
| GA State Income Tax | $8.69 | $72.56 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $785.55 | $785.55 | $70.55 | $715.00 | $0.00 |
| YTD | $3,304.16 | $3,304.16 | $330.64 | $2,970.00 | $3.52 |

# TEXAS ROADHOUSE

Texas Roadhouse Management Corp
1969 DOGWOOD RD
SNELLVILLE, GA 30078
855-698-7446

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/11/2023 |
| Period End Date | 01/17/2023 |
| Pay Date | 01/24/2023 |
| Document | 30532375 |

**Net Pay** $0.00

## Pay Details

**APRIL M WHITE**
4174 WELLINGTON HILLS DRIVE
SNELLVILLE, GA 30039
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 10890928 | Pay Group | SNELLVILLE,GA |
| SSN | XXX-XX-6060 | Location | SNELLVILLE,GA |
| Job | SERVER - PM | Entity Type | CORPOR - CORPORATE |
| Pay Rate | $0.0000 | Department | SERVIC - SERVICE |
| Pay Frequency | Weekly | Charge To | SNEL - SNELLVILLE,GA |
| | | Market | FRAS - FRASER MARKET |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| REGULAR | 31.1700 | $2.1300 | $66.39 | $263.61 |
| TIPS AMOUNT | | | $575.00 | $2,255.00 |

Total Hours 31.1700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| TIPS AMOUNT | No | $575.00 | $2,255.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $3.55 |
| Employee Medicare | $9.30 | $36.52 |
| Social Security Employee Tax | $39.77 | $156.15 |
| GA State Income Tax | $17.32 | $63.87 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $641.39 | $641.39 | $66.39 | $575.00 | $0.00 |
| YTD | $2,518.61 | $2,518.61 | $260.09 | $2,255.00 | $3.52 |